NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROLLIE L. BAKER,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-2692
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed May 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Rollie L. Baker, pro se.

PER CURIAM.

            Affirmed.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.